### AFFIDAVIT OF SPECIAL AGENT SCOTT DEYOUNG IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, SCOTT DEYOUNG, state:

#### Background

1. I am a Special Agent with the United States Postal Service ("USPS") Office of Inspector General ("OIG") assigned to the Woburn, MA, Field Office. I have been a Special Agent since June 2009, and I am currently assigned to the investigation of mail theft by USPS employees and contractors. I have been trained in investigations relating to the U.S. Mails by my agency. Prior to becoming a Special Agent, I worked as a Postal Inspector for the United States Postal Inspection Service from September 2007 to June 2009. I completed a 12-week federal law enforcement training course relating to the U.S. Mails at the Postal Inspection Service Training Academy in Potomac, Maryland.

2. I submit this affidavit in support of the filing of a criminal complaint charging USPS employee Angela Gomez (GOMEZ) with violating Title 18, United States Code, Section 1709, Theft of Mail Matter by Officer or Employee. The facts and information contained in this affidavit are based on my personal knowledge, my training and experience, as well as that of other Special Agents and law enforcement officers involved in this and similar investigations. The affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint.

#### Facts Supporting Probable Cause

3. On February 6, 2020, USPS-OIG received information from the USPS Supervisor of Customer Service (SCS) at the Lynn, MA, Post Office (Lynn PO), regarding potential employee mail theft. According to information provided by the SCS, USPS customers contacted USPS Management at the Lynn PO reporting missing mail, specifically gift cards. The customers' residences were located on Letter Carrier route 52, which was assigned to USPS City Carrier Assistant (CCA) Angela GOMEZ.

4. USPS customer with the initials "DN," whose residence is located on Cedardale Road, Lynn, MA, 01904, on Letter Carrier route 52, emailed USPS Management stating he/she was expecting a letter containing a $72.00 gift card from Lilly Pulitzer, a women's clothing and apparel company. After the letter failed to arrive as expected, DN contacted Lilly Pulitzer customer service. Lilly Pulitzer customer service informed DN the letter containing the gift card had been sent, and the $72.00 gift card had already been redeemed to make an online purchase on the Lilly Pulitzer website.

5. Lilly Pulitzer customer service told DN gift card # 900018575784 was used by an individual named Angela Gomez in January 2020. According to a USPS OIG database

query conducted by the RA at the time the referral was received, GOMEZ lived in Lynn, MA and was assigned to Letter Carrier route 52, in Lynn, MA, at the time DN's gift card would have been received. Records from Lilly Pulitzer identified that items purchased using gift card # 900018575784 were delivered to GOMEZ's residential address at the time. The email address associated to the online redemption of the same gift card matched the email address provided by GOMEZ in the contact section of her USPS employment application. The Lilly Pulitzer transaction, order # 4682392, was created on January 25, 2020.

6. On April 19, 2020, Agents installed a video camera in GOMEZ's USPS Postal vehicle (Promaster) vehicle # 8421293, which is assigned to GOMEZ for delivery of mail in Lynn, MA.

7. Review of the videotaped footage revealed that GOMEZ both "candled" envelopes using the light in the interior rear roof of the Promaster to observe the mail contents and opened envelopes on multiple occasions.

8. GOMEZ was observed rifling parcels and letter mail on 21 separate instances and removing the contents. After examining the contents, GOMEZ secreted items taken from the mail parcels and letters into her jacket and into her personal bag/pocketbook.

9. GOMEZ was also observed multiple times opening letters and parcels, examining the contents of the letters and parcels, returning items taken from the letters and parcels, and using a tape dispenser to reseal the letters and parcels.

10. On June 11, 2020, OIG Special Agents interviewed GOMEZ regarding the theft and rifling of U.S. Mail. GOMEZ terminated the interview after Agents showed her a short video, obtained from the camera installed in her USPS vehicle, of her rifling mail.

Respectfully submitted,

*Scott DeYoung*
Scott DeYoung
Special Agent
U.S. Postal Service, OIG

Sworn before me by telephone in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on this _____ day of November 2020.

**Nov 18, 2020**

*Judith Gail Dein*
Honorable Judith G. Dein
United States Magistrate Judge